**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alejandro Castro GARCIA, Defendant–Appellant.**

**No. 05–51359**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 5, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Darren Obenoskey, Mosley & Obenoskey, Waco, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Alejandro Castro Garcia raises argu-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

ments that are foreclosed by *United States v. Navarro*, 169 F.3d 228, 236 (5th Cir. 1999), which held that there is no Confrontation Clause right at sentencing. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

